# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1479
_____

HARVEY JOHN PRICE JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Bradford County.
D. Tatum Davis, Judge.

September 29, 2022


PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Jovona I. Parker, Assistant Attorney General, Tallahassee, for Appellee.